**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**MERLIN CRYER, Individually and**
**on behalf of those Similarly Situated,**

    *Plaintiffs*,

v.                                                              Case No. SA:20-CV-0556-JKP-RBF

**BARCO INDUSTRIES, LLC,**

    *Defendant*.

## ORDER GRANTING APPROVAL OF SETTLEMENT

Before the Court is an *Agreed Motion for Approval of Settlement and Dismissal of Claims with Prejudice* (ECF No. 23) filed by the parties jointly. The Court has considered the Settlement Agreement and its exhibit, including the Notice Materials, and the submissions of Counsel, and hereby finds and orders as follows:

    1. The Court finds that the settlement memorialized in the Settlement Agreement and filed with the Court falls within the range of reasonableness and, therefore, meets the requirements for approval.

    2. The Court grants approval of the Parties' Settlement Agreement.

    3. The Court approves the full and final extinguishment of the Released Claims of the Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA").

    4. The Court appoints, for settlement purposes only, Josephson Dunlap, LLP and Bruckner Burch, PLLC, as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

5. The Notice to be provided as set forth in the Settlement Agreement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. Not only is the Notice accurate, objective, and informative, but it also provides the Class Members with all information necessary to make an informed decision regarding their participation in the settlement and its fairness.

6. The Notice of Settlement of the Lawsuit, attached to the Settlement Agreement as Exhibit 1, is approved. Class Counsel is authorized to mail those documents to the Class Members as provided in the Settlement Agreement.

7. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute or be construed to be evidence (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Released Parties have engaged in any wrongdoing. The admissibility of such documents or information is left for any future court to determine within the confines of the circumstances then presented.

8. The Court further dismisses this lawsuit brought herein, by Plaintiff on behalf of himself and all others similarly situated, with prejudice.

In summary, the Court **GRANTS** the *Agreed Motion for Approval of Settlement and Dismissal of Claims with Prejudice* (ECF No. 23). It finds the Settlement Agreement to be a fair and reasonable settlement of a bona fide dispute. It thus **APPROVES** the settlement, **DISMISSES** this

action with prejudice, and **DIRECTS the Clerk of Court to CLOSE this case**. Except as stated in the Settlement Agreement, each party will bear their own costs and fees.

**IT IS SO ORDERED this 22nd day of February 2021.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**